■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEM SAMAGE, Appellant. [666 NYS2d 401] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about November 3, 1994, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MOORE, Appellant. [666 NYS2d 403] —Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered August 27, 1996, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of $6^2/_3$ to 20 years, unanimously affirmed.

Defendant's plea was knowingly and voluntarily entered and there was no basis to warrant the court ordering a psychiatric examination *sua sponte* (*People v Clickner*, 128 AD2d 917, *lv denied* 70 NY2d 644). Concur—Rosenberger, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.